UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

               Plaintiff,

vs.

MARTIN IGNACIO VILLALOBOS-TORRES (2),

               Defendant.

CASE NO. 11CR5082

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii)and(v)(II)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/16/11

                              LOUISA S. PORTER
                              UNITED STATES DISTRICT JUDGE